## HANSON v. BARNHISEL.

The Supreme Court will not reverse an order of the Court below, in granting a new trial, where there has been no abuse of the discretion of the Court in granting such order.

Appeal from the District Court of the Seventh Judicial District, County of Contra Costa.

*Currey & Reynolds* for Appellant.

*H. Allen* for Respondent.

Terry, C. J., delivered the opinion of the Court—Field, J., concurring.

The order granting a new trial in this case, was no such abuse of the discretion of the Court below as will warrant a reversal.

Judgment affirmed.